# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>      v.<br><br>B & S DHILLON, INC., et al.,<br><br>            Defendants. | Case No. 1:22-cv-00547-AWI-SAB<br><br>ORDER RE: SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 10) |

Plaintiff initiated this action on May 6, 2022. (ECF No. 1.) On June 28, 2022, the parties stipulated to extend the time for Defendant B & S Dhillon to answer the complaint pursuant to Local Rule 144. (ECF No. 9.) The initial scheduling conference is currently set for August 23, 2022. (See ECF No. 3.)

On July 15, 2022, the parties filed a second stipulated request to extend the deadline for Defendant B & S Dhillon to respond to the complaint. (ECF No. 10.) Confusingly, the parties acknowledge this is their second stipulated request for an extension in the caption of the pleading; however, the remainder of the filing proffers this is the parties' first extension of time and appears to seek to stipulate to the extension without leave of the Court pursuant to Local Rule 144. (See ECF No. 10 at 2.) As this constitutes the parties' second stipulated extension, however, leave of the Court is required. Nonetheless, the Court construes the parties' indication that Defendant B & S Dhillon is currently "self-represented" as a proffer that more time is

1

needed for Defendant to secure representation and respond to the complaint and shall find good cause exists to grant the extension. The Court shall also continue the scheduling conference to September 20, 2022. However, the parties are reminded they must expressly proffer a showing of good cause and seek leave of the Court for any further extensions in compliance with the Local Rules and Federal Rules of Civil Procedure.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendant B & S Dhillon, Inc. to file a response to the complaint is extended to **August 12, 2022**;
2. The scheduling conference is CONTINUED to **September 20, 2022**, at **9:30 a.m.**, in Courtroom 9; and
3. The parties are reminded they shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 18, 2022**

UNITED STATES MAGISTRATE JUDGE

2