# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00547-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION |
| v. | |
| B & S DHILLON, INC., et al., | FIVE DAY DEADLINE |
| Defendants. | |

Darren Gilbert ("Plaintiff") filed this action on May 6, 2022, against Defendants B & S Dhillon, Inc.; Richard P. Barbaccia; and Eileen C. Barbaccia, alleging violations of the Americans with Disabilities Act and state law. (ECF No. 1.) Richard P. Barbaccia; and Eileen C. Barbaccia, filed an answer on June 16, 2022. (ECF No. 8.) On July 18, 2022, the Court entered a stipulation extending the time for Defendant B & S Dhillon, Inc., to file a responsive pleading, until August 12, 2022, and continued the scheduling conference to September 20, 2022. (ECF No. 11.) No responsive pleading has been filed, nor a request for entry of default.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendant, or some other notice or stipulation regarding the status of this action indicating readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 31, 2022**

UNITED STATES MAGISTRATE JUDGE