# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>B & S DHILLON, INC., et al.,<br><br>  Defendants. | Case No. 1:22-cv-00547-AWI-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO AMEND, REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS, AND REQUIRING PLAINTIFF TO FILE NOTICE REGARDING MOTION FOR LEAVE TO AMEND<br><br>**DECEMBER 20, 2022 DEADLINE** |

Darren Gilbert ("Plaintiff") filed this action on May 6, 2022, against Defendants B & S Dhillon, Inc.; Richard P. Barbaccia; and Eileen C. Barbaccia, alleging violations of the Americans with Disabilities Act and state law.  (ECF No. 1.)  Richard P. Barbaccia; and Eileen C. Barbaccia, filed an answer on June 16, 2022.  (ECF No. 8.)  On July 18, 2022, the Court entered a stipulation extending the time for Defendant B & S Dhillon, Inc., to file a responsive pleading, until August 12, 2022, and continued the scheduling conference to September 20, 2022.  (ECF No. 11.)  On September 1, 2022, default was entered against Defendant B & S Dhillon, Inc.  (ECF No. 14.)  A scheduling order issued on September 23, 2022, as to the other parties.  (ECF No. 18.)  On October 26, 2022, Plaintiff filed a motion for leave to file an amended complaint.  (ECF No. 19.)  A hearing on the motion is set for December 14, 2022.  (ECF No. 20.)  On November 9, 2022, appearing Defendants Richard P. Barbaccia; and Eileen C. Barbaccia, filed an opposition to the motion for leave to file an amended complaint.  (ECF

1

No. 21.)

On November 18, 2022, Plaintiff filed a notice of settlement, proffering that Plaintiff and Defendants Richard P. Barbaccia; and Eileen C. Barbaccia, have reached a settlement contingent on receipt of signatures and fulfillment of certain requirements. (ECF No. 22.) Plaintiff requests until December 20, 2022, to file dispositional documents as to these Defendants.

Given the opposition to the motion for leave to amend by the two Defendants that are subject to the notice of settlement, the Court finds it prudent to continue the hearing on the motion for leave to amend until after the date the parties have selected to file dispositional documents. The notice of settlement does not provide the Court with any information as to the need for amendment in light of the settlement with the Defendants that have opposed the motion, and the remaining Defendant being in default.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion for leave to amend currently set for December 14, 2022, at 10:00 a.m., is CONTINUED to December 21, 2022, at 10:00 a.m., in Courtroom 9;

2. Plaintiff shall file a notice concerning the status of the pending motion for leave to amend on or before December 20, 2022[1]; and

3. The parties shall file dispositional documents on or before December 20, 2022.

IT IS SO ORDERED.

Dated: **November 21, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff provides the notice by 12:00 p.m., or preferably sooner, the Court will be able to determine whether it can vacate the hearing without requiring any parties to appear for the December 21, 2022 hearing.