# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B & S DHILLON, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00547-AWI-SAB<br><br>ORDER GRANTING MOTION TO EXTEND TIME AND EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS UNTIL JANUARY 23, 2023<br><br>ORDER DENYING EARLIER FILED MOTION AS MOOT<br><br>(ECF Nos. 23, 26, 27, 28) |

　　　　Darren Gilbert ("Plaintiff") filed this action on May 6, 2022, against Defendants B & S Dhillon, Inc.; Richard P. Barbaccia; and Eileen C. Barbaccia, alleging violations of the Americans with Disabilities Act and state law. (ECF No. 1.) On November 18, 2022, Plaintiff filed a notice of settlement, proffering that Plaintiff and Defendants Richard P. Barbaccia; and Eileen C. Barbaccia, had reached a contingent settlement. (ECF No. 22.) The Court ordered dispositional documents to be filed on or before December 20, 2022. (ECF No. 23.) On December 20, 2022, Plaintiff filed a request to extend the deadline to file dispositional documents until January 23, 2023. (ECF No. 28.)[1] The Court finds good cause to grant the Plaintiff's request for a first extension.

---

[1] Plaintiff previously filed a duplicative request bit with the wrong proposed order, and thus Plaintiff also filed a notice of errata requesting the initial filing be stricken. (ECF Nos. 26, 27.) The Court prefers to deny the motion as moot rather than striking it from the record.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to extend the time to file dispositional documents, (ECF No. 28), is GRANTED;
2. The parties shall file dispositional documents as to Defendants Richard P. Barbaccia; and Eileen C. Barbaccia, on or before January 23, 2023; and
3. Plaintiff's initially filed motion, (ECF No. 26), is DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 21, 2022**

UNITED STATES MAGISTRATE JUDGE

2